IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

. . . . . .

ANTONO ROMAN,

        Plaintiff,

  -against-

MAYOR BLOOMBERG FOR THE CITY OF
NEW YORK, et. al.,

        Defendant(s)

. . . . . . . . . .

CIVIL NO. 10 CIV. 9297 (LAP)

**AMENDED COMPLAINT**

    **COMES NOW**, the Plaintiff and files this amended complaint. The original complaint is incorporated herein with these substantive changes.

    The Plaintiff has entered a plea of guilty to the robbery which is the incident that resulted in the Plaintiff being physically abused by the NYPD Officers.

    The Plaintiff has honestly stated the circumstances of the incident with the necessary authorities.

    Therefore as to :

Paragraph No. 1.: The Plaintiff was not alone and the date is incorrect (a typo), it should be February 24, 2010.

Paragraph No. 5 : The statement should be the NYPD observed the plaintiff near the robbery.

Paragraph No. 6. The NYPD may have had a reason to believe the plaintiff was associated with the robbery.

Paragraph No. 12. It should state the plaintiff wss found in vincity of the parking lot, "denied any knowledge of the robbery " should be stricken.

Paragraph No. 14.: There was a "bag of drugs" in the apartment that was the subject of the robbery.

Paragraph No. 18.: The weapon was not planted by the NYPD Officers.

Paragraph No. 19.: This should be stricken from the complaint.

Paragraph No. 20.: The Plaintiff has no knowledge whether or not the victim was or is a confidential informant, and this is not relevant to the complaint.

Paragraphn No.24.: The statement "false arrest and false imprisonment" should be stricken, the rest of the statement is part of the complaint.

Paragraph No.27.: The statement , " false arrest, and false imprisonment" should be stricken, and the rest of the statement is part of the complaint.

Paragraph No.28: The statement, " false arrest and false imprisonment and the balance of the paragraph should be stricken.

Paragraph No. 28.: The statement "false arrest, and false imprisonment" should be stricken, the balance of the statement should remain as stated.

These ommissions do not obivate the brutal acts of the NYPD Officers using excessive force, physically abusing the plaintiff. The Plaintiff was severly beaten, which is documented with photographs and medical records.

Paragraph No. 21 should be amended to 30-40 feet and Paragraph No. 22 should be stricken.

Further the plaintiff must add to the complaint.

It is further alleged:

The plaintiff did remove a large amount of currency in the robbery. This money was hidden in the front part of his "Hoodie". The money was not turned in by the NYPD Officers. The money has not been reported to this date.

The plaintiff hereby amends his original complaint to reflect the truth and his current statements.

Respectfully submitted this 17th day of April 2011.

*Antonio Roman*
Antonio Roman